UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IONICS INCORPORATED,    ) | **04-11943 PBS** |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No. _____ |
| ) | |
| GLOBAL ENERGY, INC.,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

### NOTICE OF APPEARANCE OF JASON W. MORGAN

Kindly enter my appearance on behalf of Defendant Global Energy, Inc. in the above-

captioned action.

Jason W. Morgan (BBO #633802)
Drohan, Hughes, Hoffman & Tocchio, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043
Tel.: (781) 749-7200
Fax: (781) 740-4335
jmorgan@dhhpc.com

Dated: September 7, 2004

### CERTIFICATE OF SERVICE

I, Jason W. Morgan, hereby certify that on September 7, 2004, I served a true and correct
copy of the foregoing by overnight delivery upon counsel for Plaintiff, Kim M. Clarke, Nixon
Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110.

Jason W. Morgan