UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IONICS INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL ENERGY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

04-11943 PBS

**CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT GLOBAL ENERGY, INC.</u>**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant Global Energy, Inc., by and through its counsel, states that it does not have a parent corporation and that no publicly held company owns 10% or more of its stock.

          Respectfully submitted,

          GLOBAL ENERGY, INC.,

          By its counsel,

          _____
          Jason W. Morgan (BBO #633802)
          Drohan, Hughes, Hoffman & Tocchio, P.C.
          175 Derby Street, Suite 30
          Hingham, MA  02043
          Tel.: (781) 749-7200
          Fax: (781) 740-4335

Dated: September 7, 2004          jmorgan@dhhpc.com

## CERTIFICATE OF SERVICE

    I, Jason W. Morgan, hereby certify that on September 7, 2004, I served a true and correct copy of the foregoing by overnight delivery upon counsel for Plaintiff, Kim M. Clarke, Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110.

                                                Jason W. Morgan