UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IONICS, INCORPORATED,<br>Plaintiff<br><br>v.<br><br>GLOBAL ENERGY, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11943-PBS<br>)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL AFFIDAVIT OF GARY PODRABSKY

Gary Podrabsky, being duly sworn, deposes and says, as follows:

1. I am the Vice President and General Manager of the Bellevue, Washington division of Ionics, Incorporated ("Ionics"). I submit this supplemental affidavit to correct an oversight in my previous affidavit filed in this matter. A copy of my original Affidavit is attached hereto as <u>Exhibit 1</u>. Except as specifically stated herein, this supplemental affidavit is not intended to replace or revise my original affidavit.

2. In my original affidavit, I stated in ¶¶ 4 and 7 that the total amount due Ionics under the Guaranty, with interest through August 26, 2004, was $2,371,902.41. Due to an accounting oversight, this was not the correct amount. The total amount in fact due Ionics under the Guaranty, with interest through August 31, 2004, is $2,218,548.04. I hereby revise ¶¶4 and 7 of my original affidavit by substituting $2,218,548.04 for $2,371,902.41, and August 31, 2004 for August 26, 2004.

Signed under the penalties of perjury this 15th day of September, 2004.

_____
Gary Podrabsky