UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IONICS INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOBAL ENERGY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11943-PBS |

## LOCAL RULE 7.1(A)(2) CERTIFICATION OF COUNSEL

I, Jason W. Morgan, hereby certify that, on October 4, 2004, I conferred with Plaintiff's counsel, Kim M. Clarke, Esq., in a good faith attempt to negotiate a reasonable extension of time to respond to Plaintiff's summary judgment motion. On October 5, 2004, Attorney Clarke informed me that her client refused to grant any extension of time.

Respectfully submitted,

 /s/    Jason W. Morgan
Jason W. Morgan (BBO #633802)
Drohan, Hughes, Hoffman & Tocchio, P.C.
175 Derby Street, Suite 30
Hingham, MA  02043
Tel.:  (781) 749-7200
Fax:  (781) 740-4335
jmorgan@dhhpc.com

Dated: October 5, 2004          *Counsel for Global Energy, Inc.*

## CERTIFICATE OF SERVICE

I, Jason W. Morgan, hereby certify that on October 5, 2004, I served a true and correct copy of the foregoing by regular mail upon counsel for Plaintiff, Kim M. Clarke, Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110.

 /s/    Jason W. Morgan
Jason W. Morgan