UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IONICS INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOBAL ENERGY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11943-PBS |

### DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the Defendants and their counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

 /s/ Jason W. Morgan
Jason W. Morgan (BBO #633802)
Drohan, Hughes, Hoffman & Tocchio, P.C.
175 Derby Street, Suite 30
Hingham, MA  02043
Tel.:  (781) 749-7200
Fax:  (781) 740-4335
jmorgan@dhhpc.com

Dated: November 4, 2004                         *Counsel for Global Energy, Inc.*

 /s/ Harry H. Graves
Harry H. Graves
President of Global Energy, Inc.

- 2 -

## CERTIFICATE OF SERVICE

    I, Jason W. Morgan, hereby certify that on November 4, 2004, I served a true and correct copy of the foregoing by regular mail upon counsel for Plaintiff, Kim M. Clarke, Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110.

                                              /s/   Jason W. Morgan
                                              Jason W. Morgan