UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IONICS INCORPORATED,<br><br>          Plaintiff,<br><br>v.<br><br>GLOBAL ENERGY, INC.,<br><br>          Defendant. | Civil Action No. 04-11943-PBS |

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The parties, by and through their counsel, hereby stipulate to extend the time for Defendant to respond to Plaintiff's pending motion for summary judgment, by one week, until November 11, 2004.  The parties are close to reaching a settlement of this matter and would like not to devote unnecessary resources to the pending motion.  Extending the time for a response to the motion will conserve resources and will help to effectuate settlement.  The extension will not disrupt the orderly disposition of this case.

Respectfully submitted,                                        Respectfully submitted,


/s/ Kim M. Clarke                                                     /s/ Jason W. Morgan
David B. Mack (BBO #631108)                              Jason W. Morgan (BBO #633802)
Kim M. Clarke (BBO #657711)                             Drohan, Hughes, Hoffman & Tocchio, P.C.
Nixon Peabody LLP                                                175 Derby Street, Suite 30
100 Summer Street                                                 Hingham, MA 02043
Boston, MA 02110                                                  Tel.:  (781) 749-7200
Tel:  (617) 345-1000

*Counsel for Ionics Incorporated*                          *Counsel for Global Energy, Inc.*

Dated: November 4, 2004