UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ionics Incorporated

        Plaintiff,              CIVIL ACTION
                                          NO.  04-11943-PBS

    v.

Global Energy, Inc.

        Defendant.

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                                November 5, 2004

      At the request of the parties, the Scheduling Conference previously scheduled for November 9, 2004, has been **rescheduled** to **November 23, 2004, at 2:00 p.m.**

                                                          By the Court,

                                                          ./s/ Robert C. Alba
                                                          Deputy Clerk

Copies to:  All Counsel

resched.ntc