UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IONICS INCORPORATED, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-11943-PBS |
| GLOBAL ENERGY, INC., | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The parties, by and through their counsel, hereby stipulate to extend the time for Defendant to respond to Plaintiff's pending motion for summary judgment, until November 16, 2004. The parties are continuing to negotiate a possible settlement of this matter and would like not to devote unnecessary resources to the pending motion. Extending the time for a response to the motion will conserve resources and will help to effectuate settlement. The extension will not disrupt the orderly disposition of this case.

Respectfully submitted,                     Respectfully submitted,

/s/ Kim M. Clarke                           /s/ Jason W. Morgan
David B. Mack (BBO #631108)                 Jason W. Morgan (BBO #633802)
Kim M. Clarke (BBO #657711)                 Drohan, Hughes, Hoffman & Tocchio, P.C.
Nixon Peabody LLP                           175 Derby Street, Suite 30
100 Summer Street                           Hingham, MA 02043
Boston, MA 02110                            Tel.: (781) 749-7200
Tel: (617) 345-1000

*Counsel for Ionics Incorporated*           *Counsel for Global Energy, Inc.*

Dated: November 11, 2004