# EXHIBIT 2



312 Walnut Street
Suite 2650
Cincinnati, Ohio 45202
Telephone: (513) 621-0077
Telefax: (513) 621-5947

## CONFIDENTIAL TELEFAX MESSAGE

Date: June 1, 2004

To: Gary Podrabsky
President & CEO

Company: Ionics Resources Conservation Company

Telefax: 425-828-0526

From: H. H. Graves

Pages: **55** (Including Cover)

---

**MESSAGE:**

Dear Gary:

Please find the attached PPA as discussed in our phone conversation.
There is no doubt that we will have substantial revenue in 2006. In the mean time I will push the Section 29 transaction to see if that might help produce cash for RCC.

It seems from the phone conversation that a total payout ASAP is the preferred option by RCC. Please let me know if you think otherwise.

Please handle the attached PPA as confidential.