UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ionics, Inc.
Plaintiff,

   V.             Civil Action Number
                     04-11943-PBS

Global Energy, Inc.
Defendant.             November 23, 2004

## SCHEDULING ORDER

Saris, D.J.,

Initial Disclosures deadline: 12/15/04

Fact Discovery deadline: 2/15/05

Summary Judgment Motion filing deadline: 2/28/05

Opposition to Summary Judgment Motions: 3/15/05

                    By the Court,

                    /s/ Robert C. Alba
                    Deputy Clerk