UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IONICS, INCORPORATED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLOBAL ENERGY, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-11943-PBS |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND RULE 56 (f) APPLICATION FOR A CONTINUANCE TO RESPOND

Pursuant to Fed. R. Civ. P. (LR) 7.1(B)(3), Plaintiff Ionics, Incorporated ("Ionics"), moves for leave to submit a Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Rule 56(f) Application for a Continuance to Respond. The Reply is necessary to address three arguments raised in Global's opposition and consists of four pages. Together with Ionics' contemporaneously filed Motion to Strike Portions of the Affidavit of Harry Graves, Ionics respectfully submits that the Reply will assist the Court in focusing on, and understanding, the issues germane to this dispute.

WHEREFORE, Ionics respectfully requests this Court allow this motion and accept for filing the accompanying Reply.

Respectfully submitted,

Dated:   November 22, 2004

IONICS, INCORPORATED,
By its counsel,

_/s/ Kim M. Clarke_
David B. Mack (BBO# 631108)
Kim M. Clarke (BBO# 657711)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000