## CERTIFICATE OF SERVICE

I hereby certify that on this day, November 22, 2004, a true and accurate copy of the herein Plaintiffs' (1) Motion for Leave to File its Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment, or in the Alternative, Rule 56(f) Application for a Continuance to Respond; (2) Reply to Defendant's Opposition; and (3) Motion to Strike Portions of the Affidavit of Harry Graves was served by facsimile and first class mail on counsel for Defendant Global Energy, Inc.:

    Jason W. Morgan, Esq.
    Drohan, Hughes, Hoffman, & Tocchio, P.C.
    175 Derby Street, Suite 30
    Hingham, MA 02043

*/s/ Kim M. Clarke*
Kim M. Clarke

BOS1438424.1