UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 26 P 3: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| IONICS, INCORPORATED, ) | |
| Plaintiff, ) | Civil Action No. 04-11943-PBS |
| v. ) | |
| GLOBAL ENERGY, INC., ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that the above-entitled action, including all claims and counterclaims asserted herein, is hereby dismissed with prejudice, without costs and without right of appeal.

Respectfully submitted,

GLOBAL ENERGY, INC.,
By its counsel,

_[signature]_
Jason W. Morgan (BBO# 633802)
DROHAN, HUGHES, TOCCHIO, &
MORGAN, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043
(781) 749-7200

IONICS, INCORPORATED,
By its counsel,

_[signature]_
David B. Mack (BBO# 631108)
Kim M. Clarke (BBO# 657711)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

Dated:    January 25, 2004